# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD W. FISHER, JR.,

    Plaintiff,

vs.

LAS VEGAS CITY JAIL, etc,

    Defendants.

Case No. 2:10-cv-1009-KJD-RJJ

**ORDER**

    Plaintiff, who is a prisoner of the City of Las Vegas, has submitted a Complaint (#1). He has not paid the filing fee of three hundred fifty dollars ($350.00), nor has he submitted an application to proceed *in forma pauperis*.

    IT IS THEREFORE ORDERED that Plaintiff shall file an application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send Plaintiff a blank application to proceed *in forma pauperis* long form for incarcerated litigants along with a copy of this Order. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiff shall have to and including August 20, 2010, to comply. Failure to comply will result in the dismissal of this action.

    DATED this 19th day of July, 2010

_____
ROBERT J. JOHNSTON
United States Magistrate Judge