```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

EDWARD W. FISHER, JR.,           )
        #644-286                 )
                                 )
        Plaintiff,               )      2:10-cv-01009-KJD-RJJ
                                 )
vs.                              )
                                 )      **ORDER**
LAS VEGAS CITY JAIL              )
ACCOUNTS DEPARTMENT              )
        Defendant.               )
_____/

On September 30, 2010, the court issued an Order that granted plaintiff's application to proceed *in forma pauperis* and dismissed plaintiff's complaint with leave to file an amended complaint (docket #4). On October 15, 2010, that Order, served on plaintiff at his address of record, was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a pro se litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of address with the court, this action is dismissed.

1  **IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

2  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
3  this case.

4  DATED: October 25, 2010

_____
UNITED STATES DISTRICT JUDGE